ALUMINUM CO. OF AMERICA ET AL. *v.*
UNITED STATES ET AL.

No. 1159. Decided June 5, 1967.

*Dickson R. Loos* for appellants.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Robert W. Ginnane* and *Leonard S. Goodman* for the United States et al. *Harry B. LaTourette* and *Robert H. Stahlheber* for rail carrier appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE HARLAN took no part in the consideration or decision of this case.